# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARRIUS SUTTLES,              ) | |
| )                              | |
| Plaintiff,                  ) | Civil Action File No. |
| )                              | 1:19-CV-02409-JPB |
| v.                            ) | |
| )                              | |
| VINCENT BUTLER, and           ) | |
| JUAN RESTREPO, in their       ) | |
| individual capacities         ) | |
| )                              | |
| Defendants.                 ) | |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following:

1.   **Subpoena to the Atlanta Police Department; and**

2.   **Subpoena to Grady Health System**

via electronic mail in accordance with the parties' stipulation to accept electronic service contained in their Joint Preliminary Report and Discovery Plain to the following attorneys of record:

> Pearson Cunningham
> Russell Britt
> David Ware

This 12th day of November, 2020.

> s/ Zack Greenamyre
> Zack Greenamyre

                                                                   Georgia Bar No. 293002
                                                                   Mitchell & Shapiro LLP
                                                                   3490 Piedmont Road, Suite 650
                                                                   Atlanta, Georgia 30305
                                                                   404-812-4747
                                                                   zack@mitchellshapiro.com